1. James Lynn O'Hines
2. Box 3400 1040
3. A.S.P.C. Florence Eymnn.
4. Florence Az. 85232
5.
6.     In The United States District Court
7.     Southern District of California
8.     880 Front Street San Diego Ca 92101.
9.
10. James Lynn Hines
11. a.k.a Jackson Malloy
12. 222 Gina Ave
13. El Cajon Ca 92020
14.     v.           Case No. 08 0648 BEN PCL
15. Dep. Warden Touro-Bijas
16. Warden John Ontiveros    Drs. Leone French of Jaffe Inc
17. Dir of Corr. Dora B. Schriro   SPPO Jim Howie Romocido
18. Gov of Az. Janet Napolitano   Con Rep Drs. Jane Shell
19. Gov of Ca Arnold Schwarzenegger. Dr. Barr Jarvis
20. und:                    Dr. Williams ...
21. Calif. State Atty Gen.      & Federal State and Civil $
22. 1300 I Street Ste 1740
23. Sacramento Ca 95814
24. 916. 324. 5437
25.
26.          Petition for:
27. Federal Writ of Habeas Corpus 28 USC § 2254.
28. By a person in state custody.

— 1 —

[Stamps: "2254 ✓ 1983 FILING FEE PAID"; "FILED JUL 21 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY"; "08 CV 1330 WQH POR"]

4. Identify all counts and crimes for which you were convicted and sentenced in this case: Battery on a Non-prisoner California penal code 4501.5 parole violation
Civil M100 R86-1381

5. Length of sentence for each count or crime for which you were convicted in this case: (5) Five yrs.
80 8 percent

6. (a) What was your plea?
   Not guilty ☐
   Guilty ☑
   Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: I plead guilty to Battery on a non prisoner under duress w/ a ADW in Maplewood Mo peter peddah selectively chose to prosecute in San Diego. Folsom State prison Kilkenny V Bushing to San luis obispo (Intoxicated).

(c) If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☑

7. Did you testify at the trial?   Yes ☑   No ☐

8. Did you file a direct appeal to the ~~Arizona~~ California Court of Appeals from the judgment of conviction?
Yes ☑   No ☐
4th District court of Appeals:

If yes, answer the following:

(a) Date you filed: ~~September 22 09~~ 2002 (and 3/26/08)

(b) Docket or case number: D040670 (and D052738)

(c) Result: Denied encouraged to proceed to 3rd Dist ct of Appeals.

(d) Date of result: 9/22/02

(e) Grounds raised: (Over familiarity) - Absolute Priority Rule 11 USCA § 1129 (b)(2)(B)(ii) El centro ca Nick Smith Phoenix Az Joe Arpaio family with son & daughter Vic & Maria ✱ Santa Barbara Ca Sheriff Jim Sheffield for Hissongs - Hissongs San Joaquin Valley Farms HIV+ Franco - Pierson - Jensen Bakersfield w/ Tijuana Yos Ortiz = (Oppression - Anarchy ✱)

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

2

9. Did you appeal to the ~~Arizona~~ California Supreme Court?   Yes ☒   No ☐

   If yes, answer the following:

   (a) Date you filed: 2002 From Folsom pre-post Keheny V. Rushing and post civil moo at atascadero Cen.

   (b) Docket or case number: Returned by Jim Sheffield Sheriff Santa Barbara remarked 11-22-07 # unanswered by Joe Arpaio

   (c) Result: Sheriff family San Diego to Phoenix w/ Piersons

   (d) Date of result: _____

   (e) Grounds raised: obstructed and oppressed in violation w/ Driv. Lui. 1st Amended Abstract of Judgement to show true name. 2nd Bicden Kircher V. Hayes Plea of Guilty as innocent w/ counsel, rendered guilty plea by Accessio Extortion of Compute police for Peter Deddeh & Assoc. Newton V. Rumery Set (1987)... Miles V. Dorsey 10 Cir 1995. Ineffective assistance of counsel - McMann V. Richardson Sct 1970

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

10. Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐

    If yes, answer the following:

    (a) Date you filed: May 2nd 2008

    (b) Docket or case number: 30 day 60 day extension to July 2nd 2008

    (c) Result: deputy Ford at Florence did not return copies and/or legal mail confiscated and cover sheet not copied correctly.

    (d) Date of result: June to July 2008 30 days obstruction

    (e) Grounds raised: 1st H.M.O. Health law Claim Kempske = DHS more Bakersfield Kern County UCC 9-104 (0). Labor Dispute 29 uscs § 152 (9) Illegal Alien employment fired. Venue = Admission by a party opponent w/ alibi for Advocacy Witness Rule. Civil M.D.O. parole choice of an attorney. political Asylum to Irish Embassy Washington D.C.

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?   Yes ☒   No ☐

    If yes, answer the following:

3

(a) First Petition. *(Pending) Now ---*

   (1) Date you filed: _January 7th 2008_

   (2) Name of court: _Pinal County Superior Court P.O. Box 2730 Florence Az 85232   520 866-5300_

   (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _Civil Complaint_

   (4) Docket or case number: _CV 2008 00031_

   (5) Result: _pending_

   (6) Date of result: _Approx May 1st 2008 to August 26th 2008_

   (7) Grounds raised: _Conditions of confinement under duress due to a Motion in Limine over Immunity --- pre-conceived conspiracy --- to reincarcerate to litigate w/ opposition Peter Dedileh & Assoc. for Quasi Tosum Medical Malpractice   Child Custody and --- Legal Malpractice --- suppression of favorable evidence to the defense (Brady materials) --- Brady V. Maryland 373 US 83 83 SCt 1194 A_

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(b) Second Petition. _Duplicitous Appeal Due July 9th_

   (1) Date you filed: _5-9-08   May 9th 2008._

   (2) Name of court: _In the Court of Appeals State of Arizona_

   (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _(Post Conviction Relief)_

   (4) Docket or case number: _CR2004-124044 00107 1CA CR 07-0687 PCPC_

   (5) Result: _pending until July 9th 2008 for 2 = Response/Reply._

   (6) Date of result: _pending for ajudication_

   (7) Grounds raised: _Notice of Entrapment Double jeopardy Rule Notice of clerical errors --- -- Burden on the Defendant w/ Due process Viol. - Los Angeles Federal Court agreement Ineffective assistance of advisory counsel Hines V. Bares CV 05 7939 CAS (man). 14th Amendment Equal protection police Dept V. Mosley 408 US 92 45 92 5CP 2286 2280_

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court. _(1972)_

(c) Third Petition. Unresolved pending Federal Agency Notification from RJ Donovan & Atascadero Hospital Family Oppression.

(1) Date you filed: August 30th 2007

(2) Name of court: Superior Court of Arizona (County of Cochise) Bisbee Az. 85603 (520)-432-8604.

(3) Nature of the proceeding (Rule 32, special action or habeas corpus): Civil complaint

(4) Docket or case number: CV2007 00695

(5) Result: pending

(6) Date of result: pending

(7) Grounds raised: c/o CF Franco --- of San Juaquin Valley Farms Cole-Clark Hostile business take over by subjugation job family, children education (18 USCS § 2386 Anarchy from Mexican-Asians) Federal and State civil codes /"Alia Enormia" Hospital to Hospital for arrests for Violence w/ Mexican-Asians of St. Thomas of Aquinas parish Bay police security guards eg.)

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(d) Did you appeal the action taken on your petition, application, or motion to the:

~~Arizona~~ Court of Appeals: California
~~Arizona~~ Supreme Court: California

(1) First petition: Yes ☑ No ☐   Yes ☑ No ☐

(2) Second petition: Yes ☑ No ☐   Yes ☑ No ☐

(3) Third petition: Yes ☑ No ☐   Yes ☑ No ☐

(e) If you did not appeal to the ~~Arizona~~ — California — Court of Appeals, explain why you did not: Exhaustion of Remedies, oppressed and obstructed due to insubordination extrajudicial under Governor Janet Napolitano & Sheriff Joe Arpaio aka (the Smiths) of Los Angeles Co. (County) fare: Tom Metzger peace officer Assoc. Melisa ort Simpson JoJo Colebert Cole Bailey Enid Cosby Homicides and Career entertainment theft and Homewreckers Kenneth Paula Cole family. — Cousins — to petition.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. 42 USC § 1997 e(a) e(e) ✓

✓CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily with the understanding --- of the nature of the charge or the consequences of the plea.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

As a parole violater who waited on Parole Agent to advise of imminent Discharge Date with strong community ties in San Diego for family business etc etc. with no Notice of Violation at RJD Prison Infirmary, rebooked for Barr on non-prisoner in handcuffs at 5:AM to 7:AM held for a over extended Return to custody arraignment and immediate sentencing from South Bay and George Bailey jails as a deems mental health treated citizen, as told to judge at the arraignment verbatim "I dont understand" and at immediate sentencing to Judge and attorney verbatim by acquiescence and "accessio" of computer surviellence of Capt String fellow P.A. of RJ Donovan with Doctors for accession to re-plea bargain: Yes I do accept yes, yes, yes. A mantra repeated from autal instructed audio video surviellence.

And in hopes of good faith to parole after sentenced agreed upon the lost expectations to a consolidated civil m.o.e. in San Luis Obispo to Atuscadero petitioner could not with any iota of comprehension determine the consequences and side effects endured for a 12 week Substance Abuse program post sentence at State Hospital that took 2 years 4 months more to extend a denial of Release, Reintergration and impose a Relapse A.W.O.L. on psychotropic medications pre-post conviction.

(b) Did you present the issue raised in Ground One to the ~~Arizona~~ *California* Court of Appeals?  Yes ☑   No ☐

(c) If yes, did you present the issue in a:
    Direct appeal        ☑
    First petition        ☑
    Second petition    ☑
    Third petition      ☑

(d) If you did not present the issue in Ground One to the ~~Arizona~~ *California* Court of Appeals, explain why: N/A. Presented and Exhausted.

(e) Did you present the issue raised in Ground One to the ~~Arizona~~ *California* Supreme Court?  Yes ☑   No ☐

6

**GROUND TWO:** Denial of Right of Appeal.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

From RJ Donovan prison petitioner appealed to sentencing Judge Jesus Rodriguez post conviction and the Court ordered an amended abstract of judgement for the Dept of Corrections to show True Identity as James Lynn Hines nor Jackson Malloy --- The Dept of Corrections did not follow courts order But to Atascadero to DMV for State Identification only was Amendment Order upheld.

All of my seriously jurisprudent attempts died in the chaos of the Partner Partnership Program Police Computer surveillence of audio-video interactive communications with those who charged petitioner went from Institution to Institution (2x in the past 1985 to 1987 Vacaville *) obstructed due process for a agenda of Sacramento Church & State Group under Gray Davis Governor (as was Dukmajian in 1980s) identified as Peace Officer Association with ulterior motive of Racial Religious Sexual Insubordination as Viet Nam Vets Mt View California, Mt View Missouri Mt View Arizona currently supervising petitioner w/ Computers Now.

The exhaustion of remedies could not be exhausted until In pursuit of justice w/ documented evidence from State Assembly Woman Christine Kehoe of San Diego (Sacramento) to phoenix Az State Capital under Governor Napolitano (Incl: Evasion)

(b) Did you present the issue raised in Ground Two to the ~~Arizona~~ →California← Court of Appeals? Yes ☑  No ☐

(c) If yes, did you present the issue in a:
   Direct appeal      ☑
   First petition     ☑
   Second petition    ☐
   Third petition     ☑

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why. N/A Presented and Exhausted

(e) Did you present the issue raised in Ground Two to the ~~Arizona~~ →California← Supreme Court? Yes ☑  No ☐

7

**GROUND THREE:** Denial of effective assistance of trial counsel or counsel on direct appeal in the State courts. esp (Christopher Cassidis) a Fitzgerald Networked private, public counsel --- Kenneth S. Countryman P.C. Atascadero to phoenix found competent to reconvict poor civil M-a.o. twice on cure on appeal forthwith.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
The conviction by sentencing courts in San Diego was at first an immediate sentence and a arraignment based on a shuttled group of chain linked inmates that in the attended period of time to talk with attorney on either one of the proceedings could never afford the petitioner any reasonable opportunity to present realistic alternative defenses because of the manner of petitioner as defendant brought to court separated from others unable to speak his panic in a group majority upon meeting first atty - Roberto Guerrero SD p.d. and the judge asked: "Do you speak english?" --- Secondly the plea bargin offer was too fast and immeadiate sentencing judge expressed the regret and dissatisfaction w/ the proceedings and later provided C.E. lace: Community Resource of Multi-Million dollar employment of a personal nature that employment would be presumed attainable upon parole in support children and Senior Citizen Farks etc etc etc Current Custody is denying as a parole violater competent by law and allowing transient union supervisors instructions for propensing to continue in a partial venue lace: Gensel labor dispute and parole factors lace: Liberty interest and counsel of one's own choice ... of right under provisions of convicts and Board of prison terms and citizenship.

(b) Did you present the issue raised in Ground Three to the ~~Arizona~~ — California — Court of Appeals? Yes ☑  No ☐

(c) If yes, did you present the issue in a:
- Direct appeal ☑
- First petition ☑
- Second petition ☑
- Third petition ☐

(d) If you did not present the issue in Ground Three to the ~~Arizona~~ — California — Court of Appeals, explain why: N/A Preserved and Exhausted.

(e) Did you present the issue raised in Ground Three to the ~~Arizona~~ — California — Supreme Court? Yes ☑  No ☐

**GROUND FOUR:** Conviction obtained by a Violation of the privilege against self incrimination.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

In the course of a plea bargin entree name and nature of charges was changed the audio stimuli of connected police computer terminals access of Behavioral Science and/or Health Systems Inc. with Behavioral Science Degree State Correctional Supervisors at South Bay Jail manipulated the appellant into a memory loss of another criminals alibi to incriminate ones self into a plea bargin ... Drugs at 6-H.B. psychiatric prescription and capacity defense for diminished capacity allowed a warped sense of comprehension that in retrospective application of review would allow a change of plea, a stay of judgement for reincarceration pending discovery and deposition of local authority as: Responsible Sheriffs, Sworn of Civil San Diego County Mental Health Organization Director and Doctors all contracted to Law Enforcement as Health officers and Law officers. And in requests applicant thru without a Verse with no cause and prejudice and for:(concourse to proceedings): a more full review exigently under duress will relieve Declarant upon discretion of the court excluding all State judicial decisions - #

(b) Did you present the issue raised in Ground Four to the ~~Arizona~~ —California— Court of Appeals? Yes ☑  No ☐

(c) If yes, did you present the issue in a:
   Direct appeal     ☑
   First petition    ☑
   Second petition   ☑
   Third petition    ☑

(d) If you did not present the issue in Ground Four to the ~~Arizona~~ —California— Court of Appeals, explain why: N/A. Preserved and exhausted.

(e) Did you present the issue raised in Ground Four to the ~~Arizona~~ —California— Supreme Court? Yes ☑  No ☐

9

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☑   No ☐

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available: _Southern District Courts Federal District Courts San Diego 980 Front Street San Diego 92101 308 cv 647 ... Indian Tribal Rights (all the above mentioned grounds) denied for IFP procedural default. 4/23/08 # ... C. 08 0693 BEN (PCL). 4/23/08 # 08-1005 JLS RBB civil Rights) 6-19-08 (up to date) ... IFP sent pending. ... all copies are enclosed w/ 07 255 PHX Jar MEA ... 6-19-05 Military USCA 80 or seq._

14. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?   Yes ☑   No ☐

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _Pinal County Superior Court of Arizona Hines v. Pierson CV2008 '00031 Hines v. Pierson habilitial relation "to dad enforcement" Florence Az. Civil litigation Complex Case Assignment. Medical Malpractice false conviction jury pre conceived conspiracy Retrogress Oppression by A.R.S Arizona Revised Statutes / 41-1493 01 0 13-1003 13-306 13-1006 (13-403) 13-812 36-548 ACRP. Various (pending)._

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?   Yes ☑   No ☐

If yes, answer the following:

(a) Name and location of the court that imposed the sentence to be served in the future: _San Luis Obispo Calif aka Malloy Thelison K86959 nka. from conviction on appeal herein. Consolidated Joint & Civil_

(b) Date that the other sentence was imposed: _2002 - 2003 - 2004 *_

(c) Length of the other sentence: _Indeterminate "Civil Authority"_

(d) Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?   Yes ☑   No ☐

16. **TIMELINESS OF PETITION:** If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

As of 9/22/02 I have been obstructed by Sheriffs Jim Sheffield and Joseph M. Dipaso - family Network in for Kings Co. R.N. Irene Zimmerman Mcdogald as Corcoran Ca. 42 USCA § 1968 ... Responsibility for all deputies peace officers etc. in jurisdictional areas.
Corpware obstruction of accessio - Infringements of demari George White Cross patron textbook of jurisprudence 315 4th ed 1972. Labor Dispute w/ union of job at Henrys Mkts' Civil authority State prison State hospitals as supervisors to censor the declaimant Doctors attorneys ... counter claims *

*Section 2244(d) provides in part that:
  (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
  (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief: Federal Transfer to original State and civil consolidated jurisdiction 28 USCA § 1404 (a) and appt of counsel under Morrissey V. Brewer 408 US 471 (1972) Gagnon V. Scarpelli 411 US 778 (1973) civil state parallel access or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.) to counsel. 6th Amend. U.S. Const. w/our conflict of interest.

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 7/1/08 to 7/15/08 (month, day, year).

_____  147867
**Signature of Petitioner**


___pro pura persona___                                    July 1st 2008.
Signature of attorney, if any                              Date

Certificate of Service - Fed R Civ P 5(d) Notice to Parties

**Mail the original and one copy of your petition with the $5.00 filing fee or the application to proceed *in forma pauperis* to:** # (28 USC 1655 NO IFP Needed)#

✱ **Phoenix & Prescott Divisions:**
U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 West Washington Street, SPC 10
Phoenix, Arizona 85003-2119

**OR**

✱ **Tucson Division:**
U.S. District Court Clerk
U.S. Courthouse, Suite 1500
405 West Congress Street
Tucson, Arizona 85701-5010

7. <u>Change of Address</u>. You must immediately notify the Court and respondents in writing of any change in your mailing address. **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. <u>Certificate of Service</u>. You must provide the respondents with a copy of any document you submit to the Court (except the initial petition and application to proceed *in forma pauperis*). Each original document (except the initial petition and application to proceed *in forma pauperis*) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the respondents and the address to which it was mailed. Fed. R. Civ. P. 5(a), (d). Any document received by the Court that does not include a certificate of service may be stricken. A certificate of service should be in the following form:

I hereby certify that a copy of the foregoing document was mailed
this **6-16-08** (month, day, year) to: **Advocacy Organizations**
✱ Name: **Crim Appeals Div.**          **Middle Ground Prison Reform**
Address: **202 "C" Street San Diego Ca 92101**   **139 East Encanto Dr.**
Attorney for Respondent(s)              **Tempe Az. 85281**
**James Lynn O'Niend** (Signature)       **Attorneys for Declarant:**
                                         **480-966-8116**

9. <u>Amended Petition</u>. If you need to change any of the information in the initial petition, you must file an amended petition. The amended petition must be written on the court-approved form. You may file one amended petition without leave (permission) of Court before any respondent has answered your original petition. See Fed. R. Civ. P. 15(a). After any respondent has filed an answer, you must file a motion for leave to amend and lodge (submit) a proposed amended petition. LRCiv 15.1. An amended petition may not incorporate by reference any part of your prior petition. LRCiv 15.1(a)(2). **Any grounds not included in the amended petition are considered dismissed.** Dombrowski Doctrine and Durden Hearing
✱ Motion(s). Reply, Defense Objections, Cross Complaint Counter Claim. FTCA.

10. <u>Exhibits</u>. If available, you should attach a copy of all state and federal court written decisions regarding the conviction you are challenging. Do **not** submit any other exhibits with the petition. Instead, you should paraphrase the relevant information in the petition.

✱ San Francisco Ca. Washington DC. Civil Stato w/ Fed deny w/ prejudice.
11. <u>Letters and Motions</u>. It is generally inappropriate to write a letter to any judge or the staff of any judge. The only appropriate way to communicate with the Court is by filing a written pleading or motion.

**U.S. Court of Appeals for the 9th Cir.**    2 ✱ **Assistant Atty. Gen. Katia Mehu**
**95 Seventh Street**                          **1275 W Washington Bar 016942**
**San Francisco Ca. 94103-1526**               **Phoenix Az 85007 2997**
**415-355-8000** #                             **1800 352 8431 areacode(602)**

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn Hines

DEFENDANTS

Toers-Bijns, et al

FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn Hines
PO Box 3400
Florence, AZ 85232
197067

ATTORNEYS (IF KNOWN)

'08 CV 1330 WQH POR

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 7/21/2008

SIGNATURE OF ATTORNEY OF RECORD

CR